KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017

Attorneys for the United States of America

**FILED**

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and EMMANUEL E. OROSA, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> STEVEN ESPINOZA, <br><br> Respondent. | NO. C-05-2704-MHP <br><br> APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES |

The United States of America dismisses the Petition To Enforce filed on July 1, 2005 because the respondent has filed for bankruptcy.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: 8/22/05

By: _____
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

So Ordered. 8/19/05

_____
United States District Judge

Case 3:05-cv-02704-MHP   Document 7   Filed 08/23/05   Page 2 of 2